| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | **Report Required by the Ethics in Government Act of 1978** (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Berman, Richard M | 2. Court or Organization U.S. District Court -S.D.N.Y. | 3. Date of Report 6/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ FInal | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. District Court 40 Centre Street New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 14 A 11: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Bar Council | Winter Bench & Bar Conference, Feb 14 to 21; Manzanillo, Mexico (Travel, Food and Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citicorp | Mortgage on house Litchfield County, CT | J |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Litchfield Cnty, CT | A | Rent | O | W | Rental | | | | |
| 2. Rental Property Suffolk County, NY (House & Cottage) | A | Rent | N | W | Rental | | | | |
| 3. Rental Property, Suffolk County,NY | D | Rent | K | W | Rental | | | | |
| 4. Limited Partnership #1, Aztex (real-estate) | A | Distribution | J | W | | | | | |
| 5. Limited Partnership #2, 119 Development (real-estate) | | None | J | W | | | | | |
| 6. Limited Partnrship #3, Laurel (real estate) | | None | J | W | | | | | |
| 7. Limited Partnership #4, Franklin (real estate) | A | Distribution | J | W | | | | | |
| 8. Janus Fund (deferred compensation) | | None | J | T | | | | | |
| 9. T.Rowe Price Equity Income (deferred compensation) | A | Dividend | K | T | | | | | |
| 10. Vanguard Windsor | B | Dividend | M | T | | | | | See Note #1 |
| 11. Vanguard 500 Index Trust | B | Dividend | L | T | | | | | See Note #1 |
| 12. Vanguard Strategic Equity | B | Dividend | M | T | | | | | See Note #1 |
| 13. Vanguard Windsor II | A | Dividend | L | T | | | | | See Note #1 |
| 14. U.S. Treasury Notes | E | Interest | P1 | T | Partial Sale | 12/02 | O | | |
| 15. NYC Tigers Municipal Bond (Water | A | Interest | J | T | Sale | 06/01 | J | A | |
| 16. U.S.Treasury Notes | E | Interest | P1 | T | Partial Sale | 12/30 | N | | |
| 17. NYC GO Municipal Bond | A | Interest | K | W | | | | | |
| 18. NYC Municipal Bond (Water) | A | Interest | K | T | Sale | 08/01 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. John Nuveen Municipal Bond Fund (Select) | B | Distribution | K | T | | | | | |
| 20. Blackrock Municipal Bond Fund | B | Distribution | M | T | Buy | 04/05 | M | | |
| 21. Muniyield Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 22. NYC Metropolicat Municipal Bond (Series D) | C | Interest | L | T | | | | | |
| 23. Comcast A Common Stock (A & K) | A | Dividend | N | T | Buy | 12/18 | L | | See Note #2 |
| 24. Time Warner Common Stock(AOL) | A | Dividend | L | T | Buy | 01/26 | L | | |
| 25. AT&T | A | Dividend | K | T | Partial Sale | 12/27 | K | | |
| 26. Cablevision Systems Common Stock | | None | M | T | | | | | |
| 27. GE Common Stock | A | Dividend | J | T | | | | | |
| 28. Liberty Media Common Stock | | None | N | T | | | | | See Note #3 |
| 29. Liberty Media International A | | None | L | T | Spinoff | 06/14 | J | | See Note #3 |
| 30. Lucent Technologies Common Stock | | | | | Sale | 12/15 | J | A | |
| 31. Microsoft Common Stock | A | Dividend | K | T | Buy | 12/15 | K | | |
| 32. Wesco Common Stock | | | | | Sale | 12/15 | J | | |
| 33. American Express Common Stock | | | | | Sale | 12/15 | K | D | |
| 34. AT&T Exchange Common Stock (EIF) | | | | | Sale | 12/15 | K | E | |
| 35. Ebay Inc. Common Stock | | None | N | T | | | | | |
| 36. Verizon | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Exxon (Mobile) | A | Dividend | J | T | | | | | |
| 38. CMA Tax Exempt Fund | | | | | Sale | 10/27 | N | A | |
| 39. Merrill Lynch Fund | A | Dividend | J | T | Sale | 12/09 | J | A | |
| 40. John Nuveen Common Stock Fund (Class A) | C | Dividend | M | T | | | | | |
| 41. Scarsdale, NY Municipal Bond | A | Interest | K | W | | | | | |
| 42. Westchester, NY Municipal Bond (Westchester County) | C | Interest | L | W | Partial Sale | 11/15 | K | A | |
| 43. Rye City, NY Muncipal Bond | B | Interest | L | W | | | | | |
| 44. MAC Municipal Bond | C | Interest | L | W | Partial Sale | 12/15 | K | A | |
| 45. NYCS Dorm Auth | C | Interest | L | W | | | | | See Note #4 |
| 46. NYS Mort Agency | C | Interest | M | W | | | | | See Note #5 |
| 47. NYC (NHA) Municipal Bond (Port Authority of NY and NJ) | | None | L | W | | | | | |
| 48. NYS Power Authority | C | Interest | L | W | Partial Sale | 01/02 | J | A | |
| 49. AT&T Wireless | | | | | Sale | 10/27 | J | A | |
| 50. Farmers Bank - CD | B | Interest | L | T | Buy | 10/12 | L | | |
| 51. GMAC Automotive Bk -CD | B | Interest | L | T | Buy | 10/12 | L | | |
| 52. Providian Nat'l Bk - CD | B | Interest | L | T | Buy | 10/12 | L | | |
| 53. Agere System B | A | Dividend | J | T | Sale | 12/15 | J | A | |
| 54. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.9% | D | Interest | M | T | Buy | 07/22 | M | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.75% | B | Interest | K | T | Buy | 08/11 | K | | |
| 56. NY GO | B | Interest | K | T | | | | | |
| 57. Schwab MM/NY Muni Fund | D | Interest | K | T | Buy | 10/28 | O | | |
| 58. Schwab Value Advantage Fund | A | Interest | K | T | Buy | 10/28 | K | | |
| 59. Chesapeake Core Growth | A | Dividend | K | T | Buy | 12/27 | K | | |
| 60. Cohen & Steers Realty Fund | A | Dividend | J | T | Buy | 12/23 | J | | |
| 61. Icon Energy Fund | A | Dividend | J | T | Buy | 12/15 | J | | |
| 62. Icon Healthcare Fund | A | Dividend | J | T | Buy | 12/22 | J | | |
| 63. New Perspective Fund | A | Dividend | K | T | Buy | 12/15 | K | | |
| 64. Oakmark Fund | A | Dividend | J | T | Buy | 12/17 | J | | |
| 65. TCW Galileo Value Oppty | A | Dividend | J | T | Buy | 12/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,000-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,000-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

#1. Vanguard holdings (4) are broken out individually. They were combined at lines 15 and 16 of 2003 form.

#2. Includes 2 classes of common stock (A & K)

#3. Liberty Media International A was acquired as a spinoff from Liberty Media Common Stock in June, 2004.

#4. NYS Dorm Agency Bond was grouped with Mort Authority Bond at line 56 of 2003 form.

#5. NYS Mort Agency Bond was grouped with Dorm Authority Bond at line 56 of 2003 form.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berman, Richard M | 6/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature             Date  June 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544